**Frederick H. GRUMBLEY, Appellant**

v.

**Clayton R. HIGGINS, Appellee.**

No. 14–5069.

United States Court of Appeals, District of Columbia Circuit.

Aug. 18, 2014.

Frederick H. Grumbley, Muskegon, MI, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: ROGERS and KAVANAUGH, Circuit Judges, and GINSBURG, Senior Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court order filed January 3, 2014, be affirmed. The district court has no authority to "compel the [Deputy] Clerk of the Supreme Court to take any action," *see*

*In re Marin,* 956 F.2d 339, 340 (D.C.Cir. 1992) (per curiam), and the Deputy Clerk enjoys absolute immunity for actions taken as part of the judicial function. *See, e.g., Sindram v. Suda,* 986 F.2d 1459, 1460–61 (D.C.Cir.1993) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.